Beatrice L. Sonnenstrahl, Appellant, v. Henry Greenwald and Olga Greenebaum, as Trustees of and under the Last Will and Testament of Simon Greenebaum, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.

Michael Furst, Esq., and Harrison S. Moore, Esq., are hereby appointed additional members of the committee on character.

Max Albert, Respondent, v. Adolph Freedman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Archibald Bowman, Appellant, v. Percy N. Furber and Others, Respondents. (Appeal No. 2.) — Order affirmed on reargument, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

J. Edward Carrigan, Respondent, v. Ella M. Carrigan, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Pellegrino Cicio, Appellant, v. Alfonzo Fusco, Respondent.—Appeal dismissed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Mortimer L. Dutcher and Charles J. Dutcher, Respondents, v. George W. Baker, Appellant.— Judgment modified by striking out the provision for extra allowance, and as so modified judgment and order affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Annie L. Edlin, as Administratrix, etc., of Arthur T. Edlin, Deceased, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Joseph Hamilton, an Infant, by Julia I. Hamilton, His Guardian ad Litem, Respondent, v. The Staten Island Rapid Transit Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.